IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KATE HUNT,

    Plaintiff,

vs.                              CASE NO.: 1:08cv102-SPM/AK

MOBILE MEDICAL INDUSTRIES, INC.,
d/b/a ALLIANCECARE,

    Defendant.
_____/

## ORDER APPROVING STIPULATION FOR EXTENSION OF TIME

This cause comes before the Court upon the parties' Stipulation (doc. 7) for an extension of time for Defendant to respond to the complaint. Under Northern District of Florida Local Rule 6.1, the stipulation is not effective until approved by the Court. Whereupon, it is

ORDERED AND ADJUDGED:

1.    The Stipulation (doc. 7) is approved.

2.    Defendant shall have up to and including Friday, June 13, 2008, to file and serve a response to the complaint.

DONE AND ORDERED this 5th day of June, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge