IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KATE HUNT,

    Plaintiff,

vs.                                    CASE NO.: 1:08cv102-SPM/AK

MOBILE MEDICAL INDUSTRIES, INC.,
d/b/a ALLIANCECARE,

    Defendant.
_____/

## ORDER OF DISMISSAL

Upon notice in accordance with Northern District of Florida Local Rule 16.2(A) and (D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of sixty days, during which time any party may move to reopen the case for good cause shown.

DONE AND ORDERED this 15th day of August, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge